FILED
2026 Jan-21  PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

THE ESHELMAN COMPANY, INC., )
          )
 Plaintiff,     )   CIVIL ACTION NO.
          )   2:24-cv-01170-MHH
v.          )
          )
WASTE WATER INDUSTRIAL )
SOLUTIONS, LLC,    )
          )
 Defendant.    )

## FINAL JUDGMENT

On January 7, 2026, the Court granted plaintiff The Eshelman Company, Inc.'s motion for default judgment as to liability. (Doc. 18). Having reviewed Eshelman's submissions concerning damages and costs, (Docs. 19, 19-1, 19-2), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court enters judgment in favor of The Eshelman Company, Inc. and against Waste Water Industrial Solutions, LLC on WWIS's debt to Eshelman in the total amount of $282,284.14, which consists of:

 a. Principal damages of $191,200.00; and

 b. Pre-judgment interest at the contractual rate of 18% per annum, accruing at the daily rate of $94.29 from June 1, 2023, through the date of entry of this judgment, in the amount of $91,084.14.

1

Pursuant to 28 U.S.C. § 1961(a), Eshelman is entitled to post-judgment interest from WWIS on the total amount of the judgment, calculated at a rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, beginning on the date of entry of this final judgment and ending on the date on which WWIS satisfies the judgment.

Eshelman shall recover costs in the amount of $655.00.

All writs and processes for the execution, enforcement, and collection of this final judgment may issue as necessary.

This final judgment resolves all claims alleged in this matter.  Accordingly, the Clerk of Court shall please close this case.

**DONE** and **ORDERED** this January 21, 2026.

_Madeline H. Haikala_

**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE